```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>LISA A. GRAY,  )<br>  )<br>  Defendant.  )<br>_____) | Mag. No. S-08-124-GGH<br><br>Stipulation to Continue<br>Sentencing and Order<br><br>Date: December 15, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between the United States and the defendant by and through her respective counsel to vacate the Sentencing date set for December 15, 2008, at 10:00 a.m. and reschedule the Sentencing to January 15, 2009, at 2:00 p.m.

///
///
///
///
///
///
///
///

1

1  The Government requests this continuance because the assigned
2  law clerk is unavailable to appear at the currently scheduled date
3  due to both professional and academic obligations.
4  All of the above was related to me by Anthony Storm.

5  DATED: November 25, 2008           McGREGOR W. SCOTT
                                      United States Attorney
6

7                                     By: /s/ S. Robert Tice-Raskin
                                          S. ROBERT TICE-RASKIN
8                                         Assistant U.S. Attorney

9

10 DATED: November 25, 2008    By: /s/ S. Robert Tice-Raskin For:
                                   DAVID W. DRATMAN
11                                 Staff Attorney
                                   Attorney for Defendant
12

13
                                O R D E R
14
   IT IS SO ORDERED:
15
   DATED: December 3, 2008
16

17 /s/ Gregory G. Hollows
   _____
18 HONORABLE GREGORY H. HOLLOWS
   United States Magistrate Judge
19

20 gray.eot

21

22

23

24

25

26

27

28

2